| STATE OF LOUISIANA | * | NO. 2018-KA-0355 |
| --- | --- | --- |
| VERSUS | * | COURT OF APPEAL |
| TEDDY R. MAGEE | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| | * | |
| | * | |

* * * * * * *

**LOVE, J., DISSENTS WITH REASONS**

I respectfully dissent for the reasons assigned by Judge Jenkins.[1]

---

[1] However, I do not think this matter warrants *en banc* consideration.